# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| **Peter Wood,** | ) | Civil Action No.: 4:17-cv-02749-RBH |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CONSENT ORDER GRANTING LEAVE** |
| | ) | **TO TAKE DE BENE ESSE DEPOSITION** |
| **Melissa Fanslau,** | ) | **OF W. S. EDWARDS, JR., M.D.** |
| | ) | |
| **Defendant.** | ) | |

The Defendant seeks leave from this Court's Scheduling and Conference Order [Dckt. 7] to schedule and take the *de bene esse* deposition of W. S. Edwards, Jr., MD pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure. Upon conference and consent of the parties, it is hereby Ordered that the Defendant be allowed to take said deposition. This Court finds as a matter of law that granting leave will not prejudice the Plaintiff.

September 18, 2018                   s/ R. Bryan Harwell
Florence, South Carolina               R. Bryan Harwell
                                                       United States District Judge

(Attorney consent to follow on next page.)

We, the undersigned, hereby consent to the relief ordered herein:

BY: s/ Edward A. Love
EDWARD A. LOVE
I.D. No.: 75118
PO Box 1764
135 South Dargan Street, Suite 201
Florence, SC 29503
(843) 407-5525 – Tel
(843) 407-5782 – Fax
ATTORNEY FOR DEFENDANT

BY:     s/ Jeff Buncher, Jr.
Jeff Buncher, Jr. (Federal ID No.:  11113)
jeff@uricchio.com
PO Box 399
Charleston, SC 29402
Tel.: (843) 723-7491
Fax: (843) 577-4179
ATTORNEY FOR PLAINTIFF

BY:     s/ William O. Sweeny IV
William O. Sweeny IV, (Federal ID No.: 10727)
dhighfield@ycrlaw.com
25 Calhoun Street, Suite 400
PO Box 993
Charleston, SC 29402
Tel.: (843) 720-5456
ATTORNEY FOR CHEROKEE INSURANCE COMPANY, THE ALLEGED UNDERINSURED MOTORIST (UIM) CARRIER